**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KYLE KNIGHT,

                              Plaintiff,                                    **ORDER**

                    -against-                                      **25-CV-10452 (MMG) (JW)**

THE CITY OF NEW YORK et al.,

                              Defendant.
-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

    A settlement conference was held on May 21, 2026.  A settlement was not

reached.  All discovery deadlines ordered by Judge Garnett remain in effect.

    SO ORDERED.

DATED:    New York, New York
          May 21, 2026

                                              _Jennifer E. Willis_
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge