EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
ALBERT HUBER[1]
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

September 23, 2026

***Via ECF***

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

*Re:* *Knight v. City of New York et al.*, 25-cv-10452 (S.D.N.Y.)

Dear Judge Garnett:

For Plaintiff Kyle Knight in this matter, we write to respectfully request leave under Federal Rule of Civil Procedure 30(a)(2)(B) to take the depositions of three non-party witnesses currently confined in correctional facilities.

Rule 30(a)(2)(B) requires leave of court where a deponent is confined in prison, and directs that the Court "must grant leave to the extent consistent with Rule 26(b)(1) and (2)[.]" Each of the three proposed deponents has direct knowledge of the events at issue:

1. **Eduardo Placencia** (DIN #25B0225), currently incarcerated at Otisville Correctional Facility, was housed in a cell below Plaintiff's at Otis Bantum Correctional Center Housing Area 5 North on September 19, 2024, the day of the incident alleged in the Complaint. Mr. Placencia has direct knowledge of the incident, as well as personal knowledge of prior conduct by Defendants Laurenceau and Stafford that is materially similar to the conduct alleged in the Complaint.

2. **Felix Benitez** (DIN #24R2759), currently incarcerated at Cape Vincent Correctional Facility, was housed on the lower tier of the same housing area, observed Plaintiff's escort from the unit, and heard Plaintiff's contemporaneous statements describing what had just occurred. Mr. Benitez was also among the incarcerated individuals

[1] Albert Huber: admitted only in Florida.

interviewed by the Department of Correction's Special Investigations Unit during its canvass of the housing area on September 24, 2024.

3. **Carlos Garcia** (DIN #25B3191), currently incarcerated at Orleans Correctional Facility, was similarly housed in a cell near Plaintiff's, observed Plaintiff's escort, and heard Plaintiff's contemporaneous statements. Mr. Garcia was also interviewed during the September 24, 2024 canvass.

The three requested depositions are of limited scope and of a limited subset of individuals with direct, personal knowledge of the incident at issue. The depositions are thus proportionate to the needs of the case and are consistent with Rule 26(b)(1)–(2).

Plaintiff proposes to take each deposition remotely by videoconference from the deponent's facility, on dates in October 2026 to be coordinated with facility staff. The Parties conferred via email regarding this request; Defendants do not object to this application and the Parties are conferring on mutually agreeable dates in October for the depositions.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff leave to take the depositions of Eduardo Placencia, Felix Benitez, and Carlos Garcia.

We thank the Court for its attention to this case and for its consideration of this request.

Respectfully submitted,

/s/ *Eric Abrams*
Eric Abrams

c. All counsel of record (via ECF)

GRANTED. The Court has considered the information provided in Plaintiff's letter request and has determined that the requested depositions are consistent with Fed. R. Civ. P. 26(b)(1) and (2). Accordingly, Plaintiff's request for leave to take the depositions of the confined individuals, Eduardo Placencia, Felix Benitez, and Carlos Garcia, is GRANTED.

SO ORDERED. Dated, September 25, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE